■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY E. MACK, Appellant. [960 NYS2d 318]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hollie, J.), rendered February 16, 2011, convicting him of murder in the second degree, robbery in the first degree, and leaving the scene of an accident without reporting, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of robbery in the first degree (Penal Law § 160.15 [1]) and murder in the second degree (Penal Law § 125.25 [3]) beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see*

*People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt as to those crimes was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Mastro, J.P., Lott, Roman and Cohen, JJ., concur.